STATE OF NEW JERSEY v. EARL SMITH, JR.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PASQUALE SIMONE.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JOSEPH COTTERELL.

March 31, 1988.

Petition for certification denied.

FRANK J. SCARAFILE v. BOARD OF TRUSTEES, POLICE AND
FIREMEN'S RETIREMENT SYSTEM.

March 31, 1988.

Petition for certification denied.